IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Baldino's Lock & Key Service, Inc.

    Plaintiff

vs.

    Case No.: 1:14-CV-636-CMH-TCB

Google Inc., *et al.*,

    Defendants

## MOTION TO AMEND

Plaintiff Baldino hereby moves the Court to accept its First Amended Complaint. This amendment is made under Federal Rule 15.

No Defendant to date has answered. The amendment will in no way delay the litigation.

Plaintiff hereby respectfully asks the Court grant this motion to amend the Complaint. The new Complaint is attached. Plaintiff will provide each Defendant with a mark-up copy showing what has been added and what has been deleted.

    Respectfully submitted,

    /s/ Donald C. Holmes
    Donald C. Holmes, *pro hac vice*

    Donald C. Holmes & Associates, P.A.
    110 Mill Street, P. O. Box 279
    Greensboro, MD 21639
    (410) 482-9595
    dch@dcholmes.com

and

/s/ Andrew C. Bisulca
Andrew C. Bisulca, Esq.
Virginia State Bar No. 20131

Law Office of Andrew C. Bisulca, P.C.
3174 Golansky Boulevard, Suite 101
Woodbridge, VA 22192
Phone 703-763-3951
abisulca@ablawoffices.com

Dated and filed: August 15, 2014

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing *Motion to Amend* and *First Amended Complaint For Damages, Declaratory Judgment, And Permanent Injunction – Federal Law Violations Including Rackeeter Influenced And Corrupt Organization Act, And Lanham Act Violations* with Exhibits was e-filed and electronically served, this 15th day of August, 2014 to the following:

        Taylor Thomas Lankford
        *tlankford@KSLAW.com*
        Carolyn Sweeney (PHV)
        *csweeney@kslaw.com*
        King & Spalding (DC)
        1700 Pennsylvania Ave NW
        Suite 200
        Washington, DC 20006-4706
        (202) 737 0500
        *Counsel for Defendant Google, Inc.*

        Kathleen McCarthy (PHV)
        *kmccarthy@kslaw.com*
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        (212) 556 2100
        *Counsel for Defendant Google, Inc.*

        Stephen Andrew Cobb
        *scobb@milesstockbridge.com*
        Miles & Stockbridge PC (McLean)
        1751 Pinnacle Dr.
        Suite 500
        Tysons Corner, VA 22102-3833
        (703) 903-9000
        *Counsel for Defendant SuperMedia Sales, Inc.*

John E. McCann, Jr. (PHV)
*jmccann@milesstockbridge.com*
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, Maryland 21201
(410)727-6464
*Counsel for Defendant, SuperMedia Sales, Inc.*

Richard Dean Holzheimer, Jr.
*rholzheimer@mcguirewoods.com*
Sean F. Murphy
*sfmurphy@mcguirewoods.com*
Kevin Daniel
*kdaniel@mcguirewoods.com*
McGuireWoods LLP (McLean)
1750 Tysons Blvd
Suite 1800
McLean, VA 22102-4215
(703) 712 5000
*Counsel for Defendant Yellowbook, Inc.*

Dennis J. Quinn
*djq@carrmaloney.com*
Kristine M. Ellison
*kme@carrmaloney.com*
Carr Maloney, P.C.
2000 L Street, NW, Suite 450
Washington, DC 20036
(202) 310-5500
*Counsel for Defendant Ziplocal, LP*

        /s/ Andrew C. Bisulca
        Andrew C. Bisulca
        Co-Counsel for Plaintiff